IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN VASSAR, on behalf of himself and all others similarly situated,<br><br>                               Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and NORTHWESTERN UNIVERSITY,<br><br>                               Defendants. | Case No:  1:16-CV-10590<br><br>Judge Andrea Wood<br><br>Magistrate Judge Michael T. Mason |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff John Vassar hereby dismisses this action, without prejudice.  Voluntary dismissal without prejudice is appropriate as (1) no opposing party has served either an answer or a motion for summary judgment, see Fed. R. Civ. P. 41(a)(1)(A)(i), and (2) Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claim, see Fed. R. Civ. P. 41(a)(1)(B).

010542-13 1054297 V1

- 2 -

Dated: August 10, 2017

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Daniel J. Kurowski*

Steve W. Berman
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Elizabeth A. Fegan
Daniel J. Kurowski
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4960
Facsimile: (708) 628-4950
beth@hbsslaw.com
dank@hbsslaw.com

*Attorneys for Plaintiff*

- 2 -

010542-13 1054297 V1

- 3 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on August 10, 2017, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: /s/ *Steve W. Berman*
Steve W. Berman

- 3 -

010542-13 1054297 V1